An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENDAN JAMES NASBY,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67704

**FILED**

APR 27 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from district court decisions to deny a renewed motion for appointment of counsel and a motion for leave of court to file a renewed motion for appointment of counsel. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. William D. Kephart, District Judge
     Brendan James Nasby
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12661